UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| REALTEK SEMICONDUCTOR CORP.,<br>*Movant* | §<br>§<br>§ | |
| | §<br>§ | No.  1:26-MC-00682-ADA |
| v. | §<br>§ | |
| GENERAL VIDEO, LLC,<br>*Respondent* | §<br>§ | |

**ORDER**

Before the Court is non-party movant Realtek Semiconductor Corp.'s motion to quash subpoena, Dkt. 1, and all related briefing. After the Court set the motion for a hearing, the parties requested, and the Court granted, three extensions of time to file a joint advisory informing the Court of their progress in resolving the dispute. Dkts. 8; 9; 10; 11; 12; 13. In the parties' third supplemental joint advisory, the parties again explain that they are "optimistic that they will receive final approvals on a production plan shortly, but request additional time to obtain those final approvals." Dkt. 14. The Court now resets the motion for a hearing.

The parties are **ORDERED** to meaningfully confer telephonically or in person regarding the issues in the motion and **FILE** a Joint Advisory with the Court **before 2:00 p.m. on Friday, August 7, 2026**. The advisory should discuss the parties' conference, identify any remaining disputed issues that will require resolution by the undersigned, and set forth briefly the parties' respective positions on each remaining issue. Additionally, the parties must serve on opposing counsel any demonstrative

exhibits or presentation materials intended to be used during the hearing **by 5:00 p.m. of the business day prior to the hearing**. Please also send a copy of any demonstratives to the Court's Courtroom Deputy, Victoria Rivera, at Victoria_Rivera@txwd.uscourts.gov **by 5:00 p.m. of the business day prior to the hearing**.

**IT IS FURTHER ORDERED** that the parties are **TO APPEAR** for an in-person hearing before the undersigned on **Tuesday, August 11, 2026, at 10:00 a.m.** The hearing will last no more than 1.5 hours with each side afforded 45 minutes to make its arguments. In the event the parties obtain final approvals and submit dismissal papers, the Court will cancel the hearing.

SIGNED June 22, 2026.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

2